**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ACTUS, LLC,** | |
| **Plaintiff,** | **CIVIL ACTION NO. 2:09-CV-168** |
| v. | |
| **AMAZON.COM. INC., et al.** | **JURY TRIAL DEMANDED** |
| **Defendants.** | |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

The plaintiff, Actus, LLC ("Actus") and Defendant Amazon.com, Inc. ("Amazon.com"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing Plaintiff's claims in this action against Defendant Amazon.com WITH PREJUDICE and dismissing all counterclaims and pending motions between the parties as MOOT, with each Party to bear its own costs, expenses and attorneys fees.

Dated: September 22, 2009                                       Respectfully Submitted,

| | |
|---|---|
| **AMAZON.COM INC.** | **ACTUS, LLC** |
| By: /s/ Eric H. Findlay | By: /s/ William E. Davis, III |
| Eric H. Findlay | |
| TX State Bar No. 00789886 | William E. Davis III |
| efindlay@findlaycraft.com | Texas State Bar No. 24047416 |
| **FINDLAY CRAFT LLP** | **The Davis Firm, PC** |
| 6760 Old Jacksonville Hwy, Suite 101 | 111 West Tyler Street |
| Tyler, TX 75703 | Longview, Texas 75601 |
| Telephone: (903) 534-1100 | Phone: 903-230-9090 |
| Fax: (903) 534-1137 | Fax: 903-230-9661 |
| Attorneys for Defendant | Email: bdavis@bdavisfirm.com |
| **ATTORNEY FOR DEFENDANT AMAZON.COM, INC.** | **ATTORNEY FOR PLAINTIFF ACTUS, LLC** |

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 22nd day of September, 2009.

/s/ William E. Davis, III
William E. Davis, III