# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ACTUS, LLC,** | |
| Plaintiff, | **CIVIL ACTION NO. 2:09-CV-168** |
| v. | |
| **AMAZON.COM. INC., et al.** | **JURY TRIAL DEMANDED** |
| Defendants. | |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff, Actus, LLC ("Actus") and Defendant Apple, Inc. ("Apple"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), (a)(2) and (c), hereby move for an order dismissing Plaintiff's claims in this action against Defendant Apple, Inc. WITH PREJUDICE, with each Party to bear its own costs, expenses and attorneys fees.

Dated:  September 22, 2009              Respectfully Submitted,

| | |
|---|---|
| **APPLE, INC.** | **ACTUS, LLC** |
| By: /s/ Eric M. Albritton | By:  /s/ William E. Davis, III |
| Eric M. Albritton<br>Texas State Bar No. 00790215 | William E. Davis III<br>Texas State Bar No. 24047416 |
| **ALBRITTON LAW FIRM**<br>P.O. Box 2649<br>Longview, Texas 75606<br>(903) 757-8449 (phone)<br>(903) 758-7397 (fax)<br>ema@emafirm.com | **The Davis Firm, PC**<br>111 West Tyler Street<br>Longview, Texas  75601<br>Phone:  903-230-9090<br>Fax:  903-230-9661<br>Email: bdavis@bdavisfirm.com |
| **ATTORNEY FOR DEFENDANT APPLE, INC.** | **ATTORNEY FOR PLAINTIFF ACTUS, LLC** |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 22nd day of September, 2009.

/s/ William E. Davis, III
William E. Davis, III