IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ACTUS, LLC, | |
| Plaintiff, | CIVIL ACTION NO. 2:09-CV-168 |
| v. | |
| AMAZON.COM. INC., et al. | JURY TRIAL DEMANDED |
| Defendants. | |

### ORDER OF DISMISSAL WITH PREJUDICE

In consideration of the parties' Stipulated Motion for Dismissal of all claims with prejudice and all counterclaims as moot asserted between plaintiff, Actus LLC, and defendant, Barnes & Noble, Inc., the Stipulated Motion for Dismissal is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff and Defendant are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "SETTLEMENT AGREEMENT" dated December 4, 2009.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SO ORDERED.

SIGNED this 10th day of March, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE